# AFFIDAVIT

I, Jared M. Dimick, being duly sworn, hereby depose and say:

1. I am a Postal Inspector assigned to the United States Postal Inspection Service, Phoenix Division domiciled in Salt Lake City, Utah. I have been employed by the United States Postal Inspection Service since May 2015. In August 2015, I successfully completed the 12-week United States Postal Inspection Service Basic Inspector Training Program at the Career Development Unit located in Potomac, Maryland.

2. I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector, I investigate crimes involving the United States Mail including Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and Title 18 United States Code, Section 1956, Laundering of monetary instruments. The facts and information contained in this affidavit have been obtained by me personally or provided to me by other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

3. Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances, and money associated with drug trafficking and other illicit activities to areas throughout the United States. I also know that many subjects prefer mail/delivery services such as Priority Mail because of the reliability and the ability to track the article's progress to the intended delivery point. The fast delivery time with Priority Mail is a big draw for senders of illicit money and drug parcels to get the items delivered in the least amount of time possible to avoid detection by law enforcement while also providing an economical price for shipping. Priority Mail is usually delivered within 1-3 days, which is a big draw for drug traffickers to get the product in their buyer's hands. USPS processes millions of Priority Mail parcels which is a draw to drug traffickers since their drug parcel will be mixed in with such a high volume of other parcels. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item and may decline the parcel in fear that law enforcement is monitoring the delivery.

4. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances and illicit proceeds through the U.S. Mail, I know these types of mailings often bear the following characteristics:

   a. Fictitious names, alternate addresses, or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement, most often by the sender of the parcel.

   b. Cash payment for shipping to avoid detection by law enforcement.

    c. Parcels from California, particularly near the Mexico border are a well-known source for drug trafficking.

    d. Drug traffickers often tape every seam of a parcel in order to mask the smell of illegal drugs.

5. Based on my training and experience, I know drug traffickers and their associates will often use fictitious names or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted, and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

6. This affidavit is made in support of an application for a search warrant on one (1) United States Postal Service Priority Mail parcel (SUBJECT PARCEL). The SUBJECT PARCEL is believed to contain illicit money or drugs as part of a drug trafficking scheme. The SUBJECT PARCEL is described as follows:

    a. A United States Postal Service Priority Mail Parcel Tracking No. **9505 5150 7422 4339 8897 62**, addressed to Nina, 3896 S. 4220 W., West Valley City, UT 84120, with a return address of Quinlie Sheinbaum, P.O. Box 120629, Chula Vista, CA 91912-3729, shipped on December 4, 2024, from the Chula Vista S&DC Post Office in Chula Vista, CA, via the United States Postal Service (USPS) weighing 5 lbs. 11.60 oz. with a shipment cost of $26.00.

## BACKGROUND INVESTIGATION

7. On December 5, 2024, I was advised by Postal Inspectors in San Diego that the SUBJECT PARCEL was mailed from Chula Vista, CA, and would likely contain illegal drugs. Postal Inspectors reported the person captured on USPS surveillance at the Chula Vista S&DC Post Office matched the same individual who had previously mailed three parcels to Utah and New Mexico in October 2024. Those three parcels were intercepted by San Diego Postal Inspectors and New Mexico Postal Inspectors. Search warrants were obtained, and methamphetamine was found inside each of the three parcels.

8. On December 6, 2024, I intercepted the SUBJECT PARCEL at a USPS processing plant in Salt Lake City. The SUBJECT PARCEL is being held at the USPIS Salt Lake City Domicile.

9. I reviewed the return address listed on the parcel: Quinlie Sheinbaum, P.O. Box 120629, Chula Vista, CA 91912-3729 and did not find that name was registered to the P.O. Box in USPS records. I believe the sender of the SUBJECT PARCEL used a fictitious name and return address in order to evade law enforcement which is a common practice for drug traffickers utilizing the mail for drug transportation.

10. I found in USPS business records the SUBJECT PARCEL was paid in cash at the retail counter of the Chula Vista S&DC Post Office. Cash payments are often used to pay for shipping by drug traffickers since credit and debit cards can often be traced by law enforcement.

11. I found the SUBJECT PARCEL was taped at every seam which is a technique used by drug traffickers to evade drug detection by trained K-9 Officers.

12. I reviewed USPS delivery records for 3896 S. 4220 W., West Valley City, UT 84120 and found there was a parcel paid in cash at a retail counter from the Chula Vista S&DC Post Office mailed on August 9, 2024, which weighed 4.68 lbs. I was unable to recover parcel images from USPS databases to compare the sender and recipient information to the SUBJECT PARCEL. Based on the fact that the previously delivered parcel was paid in cash from the same originating post office in Chula Vista, CA, I believe the parcel is likely related to the SUBJECT PARCEL. Based on my training and experience, I know that drug traffickers will often mail multiple parcels to their buyers or may send parcels to paid recipients who receive parcels on behalf of a drug buyer, all delivered to the same address and originating from the same geographical area.

13. I found in Clear, a database of public records used by law enforcement, that Nina Aston is associated with the address 3896 S. 4220 W., West Valley City, UT 84120. I also found in USPS parcel delivery records that the name Nina Aston was a name found on multiple parcels delivered to the residence in the past several months. I believe the sender used the name Nina on the parcel in order to ensure delivery to the address, but chose not to include the person's last name to keep the person anonymous enough that the recipient might deny knowledge of the parcel.

14. On December 6, 2024, I met with Summit County K-9 Deputy D. Pimentel at the USPIS Salt Lake City Domicile to conduct a drug detection sniff of the

SUBJECT PARCEL. I placed four boxes which gave the appearance of being parcels along the floor in a line with the SUBJECT PARCEL. I did not inform K-9 Deputy Pimentel which parcel was believed to contain illegal drugs. K-9 Deputy Pimentel conducted a drug detection sniff of the SUBJECT PARCEL and the other parcels with his K-9 Spike. K-9 Deputy Pimentel reported that K-9 Spike showed multiple alerts on the SUBJECT PARCEL and also an indication to the presence of the odor of illegal narcotics.

15. K-9 Deputy Pimentel is a certified Peace Officer in the State of Utah and recertified through POST with K-9 Spike on July 1, 2024. In addition to POST certification, K-9 Deputy Pimentel and K-9 Spike are also certified through the National Police Canine Association, with the most recent certification on February 29, 2024. K-9 Spike is certified in detecting the presence of methamphetamine, heroin, cocaine, fentanyl, marijuana and MDMA.

16. Based on the aforementioned facts, your Affiant believes there is probable cause that the SUBJECT PARCEL described in Paragraph No. 6a contains controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs or currency that would have the smell of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to

//

//

Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

---

Jared M. Dimick
United States Postal Inspector

Subscribed and sworn to before me on this 10th of December 2024.

---

CECILIA M. ROMERO
United States Magistrate Judge

APPROVED AS TO FORM:

TRINA A. HIGGINS
United States Attorney

Mark k. Vincent
MARK K. VINCENT
Assistant United States Attorney

*Parcel image:*

